IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **YISHAN LIN,** | : | 18 U.S.C. § 371 (Conspiracy) |
| | : | |
| **YIXIN REN,** | : | 18 U.S.C. § 1543 (Forgery or False Use of Passport) |
| **Defendants.** | : | |
| | : | 18 U.S.C. § 1028A (Aggravated Identity Theft) |
| | : | |
| | : | **FORFEITURE:** |
| | : | 18 U.S.C. § 981(a)(1)(c) |
| | : | 28 U.S.C. § 2461(c) |
| | : | (Criminal Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

A. INTRODUCTORY ALLEGATIONS

At all times material to this Indictment:

1. The United States Department of State (DOS) required individuals from most foreign countries to obtain a visa to enter the United States. A foreign citizen who wished to enter and remain in the United States on a temporary basis to pursue a course of study at a college, university, or other academic institution was required first to obtain an F-1 non-immigrant visa, also known as a student visa ("F-1 visa").

2. To obtain an F-1 visa, a foreign citizen was required, as an initial step, to apply to study at a school within the United States that had been certified to enroll and train foreign students by the Student and Exchange Visitor Program ("SEVP"). In the United States, many SEVP-certified schools required foreign citizens whose first language was not English to certify proficiency in English by achieving a particular score on certain tests, including the Test of English as a Foreign Language ("TOEFL"), the Pearson Test of English ("PTE"), and the International English Language Testing System ("IELTS"). If the student is accepted to a school, the student is issued a Form I-20 by the designated school official. The Form I-20 is a multi-purpose document issued by a SEVP-certified school certifying that a student has been legitimately admitted to a full-time study program. The student then uses the I-20 form to apply for a student visa from DOS.

3. All TOEFL, PTE, and IELTS test takers were required to present identification to TOEFL, PTE, and IELTS test administrators prior to sitting for those examinations. For IELTS, the document was required to be a valid passport. For TOEFL and PTE, the document was required to be an original, non-expired, government-issued identification document recognized by the country of which the individual was a citizen or resident. It needed to include the individual's full name, matching the name given at the time of registration, a recent photograph, and the individual's signature. Test takers of the TOEFL or PTE outside their country of citizenship were required to present a valid passport. PTE additionally instructed applicants to provide valid passports if taking the test within mainland China.

4. The Educational Testing Service ("ETS") was a nonprofit company that developed, administered, and scored various college admissions tests worldwide, including the TOEFL.

2

5. NCS Pearson Inc. ("Pearson") was a multinational educational corporation that administered and scored the PTE.

6. ELS Educational Services, Inc. ("ELS") was a company that administered and scored the IELTS.

### B. OBJECT OF THE CONSPIRACY

7. Beginning by at least April 12, 2014, and continuing until on or about December 8, 2017, in the District of Columbia and elsewhere, defendants Yishan LIN and Yixin REN, together with others known and unknown to the Grand Jury, (a) conspired and agreed with each other to knowingly and intentionally use false, forged, and counterfeited passports, in violation of Title 18, United States Code, Section 1543; (b) conspired and agreed with each other to knowingly and intentionally commit aggravated identity theft, in violation of Title 18, United States Code, Section 1028A, and (c) conspired and agreed with each other to defraud the United States Government by interfering with and obstructing a lawful government function, that is, the enforcement of laws and regulations prohibiting the use of false documents to obtain an F-1 visa from the Department of State, by deceit, craft, trickery, and dishonest means, in violation of Title 18, United States Code, Section 371.

### C. MANNER AND MEANS OF THE CONSPIRACY

8. The object of the conspiracy was to be accomplished, in substance, as follows:

   a. Defendant REN and others known and unknown to the Grand Jury paid to register foreign citizens to take the exams.

   b. Defendants REN and LIN would travel, frequently internationally, to test taking sites to take the exams on behalf of foreign citizens. REN and LIN would also

pay to register foreign citizens to take the exams where REN, LIN, and others unknown to the Grand Jury would subsequently take the exams in place of those foreign citizens.

c. Defendants LIN and REN impersonated foreign citizens by using false, forged, and counterfeited People's Republic of China passports to take the exams.

9. The conduct alleged in this Indictment occurred within the District of Columbia and elsewhere and was also begun or committed outside the United States and out of the jurisdiction of any particular State or district is therefore within the venue of the United States District Court for the District of Columbia pursuant to Title 18, United States Code, Sections 3237(a) and 3238.

D. OVERT ACTS

10. In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendant LIN and REN, and others both known and unknown to the Grand Jury, committed or caused to be committed, in the District of Columbia and elsewhere, at least one of the following overt acts, among others, including: (1) registering and paying for exams using false identities; (2) the taking of exams using false identities, including falsely using a passport or instrument purporting to be a passport with intent that it be used as such; and (3) traveling and/or paying money to travel to exam locations. The following chart reflects information known to the grand jury concerning the date of the test, the test location, the test taker, the individual paying for the test and the date of payment, whether a passport or other identification was used, the purported beneficiary, and whether funds were used to pay for travel:

4

| Test | Test Date | Test Location | Known test taker if LIN or REN | Use of Passport or Identification | Beneficiary Initials | Other Overt Acts Including Payment & Travel |
|---|---|---|---|---|---|---|
| 1 | April 14, 2012 | Bangkok, Thailand | LIN | Passport | NY | |
| 2 | July 12, 2015 | Bangkok, Thailand | | Passport | BS | • LIN paid for the test on July 8, 2015. |
| 3 | August 30, 2015 | Bangkok, Thailand | LIN | Passport | SH | • REN paid for the test on August 18, 2015. |
| 4 | August 30, 2015 | Bangkok, Thailand | | Passport | GL | • REN paid for the test on August 24, 2015. |
| 5 | September 5, 2015 | Bangkok, Thailand | | Passport | YW | • REN paid for the test on August 24, 2015. |
| 6 | October 31, 2015 | Puerto Aventuras, Mexico | LIN | Passport | XX | • REN paid for the test on October 16, 2015.<br>• REN paid a change fee for the test on October 20, 2015.<br>• LIN and REN traveled from the United States to Cancun, Mexico on October 30, 2015. |
| 7 | November 13, 2015 | Cuernavaca, Mexico | REN | Passport | BL | • REN purchased a flight for REN on November 2, 2015.<br>• REN traveled from the United States to Mexico City, Mexico on |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | November 12, 2015. |
| 8 | November 14, 2015 | Mexico | LIN | Passport | JX | <ul><li>REN paid for the test on November 3, 2015.</li><li>REN purchased a flight for LIN on November 2, 2015.</li><li>LIN traveled from the United States to Mexico City, Mexico on November 13, 2015.</li></ul> |
| 9 | November 14, 2015 | Mexico | REN | Passport | JX2 | <ul><li>REN purchased a flight for REN on November 2, 2015.</li><li>REN traveled from the United States to Mexico City, Mexico on November 12, 2015.</li></ul> |
| 10 | December 19, 2015 | Puerto Aventuras, Mexico | REN | Identification card | YL | <ul><li>REN traveled from the United States to Mexico on December 18, 2015.</li></ul> |
| 11 | March 19, 2016 | Bangkok, Thailand | LIN | Passport | YD | <ul><li>LIN traveled from the United States to China on March 13, 2016.</li></ul> |
| 12 | May 7, 2016 | NYC, NY | REN | Passport | WC | |
| 13 | May 7, 2016 | NYC, NY | LIN | Passport | LF | |
| 14 | May 28, 2016 | Chiang Mai Muang, Thailand | LIN | Passport | LF | <ul><li>REN purchased flights for LIN to</li></ul> |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | travel to China on April 18, 2016.<br>• LIN traveled from the United States to China on May 21, 2016. |
| 15 | June 18, 2016 | Chengdu, China | LIN | Identification Card | RX | |
| 16 | June 25, 2016 | Jiangsu, China | LIN | Identification card | LB | |
| 17 | August 6, 2016 | Taipei, Taiwan | LIN | Passport | YC | |
| 18 | September 3, 2016 | Taipei, Taiwan | LIN | Passport | YD | |
| 19 | September 10, 2016 | Taiquan, China | LIN | Identification card | ZJ | |
| 20 | September 24, 2016 | Taipei, Taiwan | LIN | Passport | YD | |
| 21 | September 25, 2016 | Taipei, Taiwan | LIN | Passport | YC | |
| 22 | October 15, 2016 | Taipei, Taiwan | LIN | Passport | JG | |
| 23 | October 16, 2016 | Taipei, Taiwan | LIN | Passport | SL | |
| 24 | October 22, 2016 | Shanghai, China | LIN | Identification card | YH | |
| 25 | October 28, 2016 | Taipei, Taiwan | LIN | Identification card | QL | |
| 26 | October 29, 2016 | Hualien, Taiwan | LIN | Passport | YJ | |
| 27 | November 12, 2016 | Chiang Mai Muang, Thailand | LIN | Passport | YZ | |
| 28 | December 9, 2016 | New York, New York | LIN | Identification card | JM | • REN paid for the test on December 6, 2016. |
| 29 | December 17, 2016 | Westbury, New York | LIN | Passport | TS | • REN paid for the test on December 14, 2016 |
| 30 | December 20, 2016 | Beijing, China | | | YL | • REN paid for the test on December 7, 2016 |

7

| 31 | January 7, 2017 | Milton, Massachusetts | LIN | Passport | XC | |
|---|---|---|---|---|---|---|
| 32 | February 3, 2017 | Elmhurst, New York | LIN | Passport | XC | |
| 33 | February 18, 2017 | Charlotte, North Carolina | REN | Passport | JZ | <ul><li>REN purchased a flight segment for REN to Charlotte, North Carolina on February 17, 2017</li><li>REN paid for the test on February 17, 2017</li></ul> |
| 34 | February 26, 2017 | Beijing, China | LIN | Identification card | YB | <ul><li>LIN traveled from the United States to China on February 13, 2017</li></ul> |
| 35 | March 4, 2017 | Taipei, Taiwan | LIN | Passport | WF | |
| 36 | April 29, 2017 | Norwalk, Connecticut | REN | Passport | RY | <ul><li>REN paid for the test on April 11, 2017</li></ul> |
| 37 | June 25, 2017 | Bangkok, Thailand | LIN | Passport | WW | <ul><li>LIN traveled from the United States to China on May 8, 2017</li></ul> |
| 38 | July 8, 2017 | Taipei, Taiwan | LIN | Passport | JY | |
| 39 | August 5, 2017 | New York, New York | REN | Passport | RW | |
| 40 | August 11, 2017 | Mt. Laurel, New Jersey | REN | Passport | XZ | |
| 41 | August 19, 2017 | Philadelphia Pennsylvania | REN | Passport | YC | <ul><li>REN paid for the test on August 14, 2017</li></ul> |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | September 16, 2017 | New York, New York | REN | Passport | XH | • REN paid for the test on September 14, 2017 |
| 43 | September 22, 2017 | Philadelphia Pennsylvania | REN | Passport | WW2 | • REN paid for the test on August 17, 2017 |
| 44 | September 23, 2017 | New York, New York | REN | Passport | YC | • REN paid for the test on September 19, 2017 |
| 45 | October 28, 2017 | Glastonbury, CT | REN | Passport | PX | • REN purchased rail travel for REN on October 26, 2017<br>• REN traveled from Hartford, CT to New Haven, CT on October 28, 2017 |
| 46 | November 3, 2017 | Los Angeles, California | LIN | Passport | YM | • LIN traveled from Hong Kong to Los Angeles, CA on November 2, 2017 |
| 47 | November 3, 2017 | Lyndhurst, New Jersey | REN | Identification Card | TZ | |
| 48 | November 18, 2017 | Trenton, New Jersey | REN | Identification card | JC | |
| 49 | December 8, 2017 | Alexandria, Virginia | REN | Passport | HW | |
| 50 | December 8, 2017 | District of Columbia | LIN | Passport | FA | |

(**Conspiracy to Use False, Forged, and Counterfeited Passports** in violation of Title 18, United States Code, Section 371; and Title 18, United States Code, Section 1543; and **Conspiracy to Commit Aggravated Identity Theft** in violation of Title 18, United States Code, Section 371; and Title 18, United States Code, Section 1028A; and **Conspiracy to Defraud the Government** in violation of Title 18, United States Code, Section 371)

## COUNT TWO

On or about December 8, 2017, defendant LIN willfully and knowingly used a false, forged, and counterfeited passport and instrument purporting to be a passport, namely, a counterfeit instrument purporting to be a People's Republic of China Passport, bearing the passport number E65503325, and bearing defendant LIN's photograph.

(**Use of a False, Forged, and Counterfeit Passport**, in violation of Title 18, United States Code, Section 1543)

## COUNT THREE

On or about December 8, 2017, defendant LIN did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, F.O., during and in relation to violations of Title 18, United States Code, Section 1543 (Use of a False Passport).

(**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A)

## FORFEITURE ALLEGATION

1. Upon conviction of any of the violations alleged in Count One and Count Two of this Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these violations, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 981(a)(1)(c); and Title 28, United States Code, Section 2461(c))

                   A TRUE BILL

                   FOREPERSON

*[signature: Jessie K. Liu]*
Attorney of the United States in
and for the District of Columbia